|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DARELL LEE BUTLER, | ) | Case No. EDCV 08-497 JFW(JC) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| | ) | RECOMMENDATIONS OF |
| v. | ) | UNITED STATES MAGISTRATE |
| | ) | JUDGE |
| MATTHEW MARTEL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Second Amended Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///

///

///

///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 United States Magistrate Judge's Report and Recommendation, and the Judgment
3 herein on petitioner and counsel for respondent.
4       LET JUDGMENT BE ENTERED ACCORDINGLY.

6       DATED: September 19, 2011

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE