UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARELL LEE BUTLER, | ) | Case No. EDCV 08-497 JFW(JC) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| MATTHEW MARTEL, Warden, | ) ) ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative Second Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: September 19, 2011

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE